AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

FILED
NOV 2 0 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**United States of America**

**v.**

Case No. 25-mj- 5250

**KAYLEN MILLER**

_____

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT I
### (Felon in Possession of a Firearm)

On or about November 20, 2025, in the Western District of New York, the defendant, Kaylen Miller, knowing that he had previously been convicted on or about December 10, 2019, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess one (1) Smith and Wesson, 40 caliber handgun, bearing serial number FCZ8105, which had been transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
### (Possession with Intent to Distribute Cocaine Base)

On or about November 20, 2025, in the Western District of New York, the defendant, Kaylen Miller, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, Untied States Code, Section 841(a)(1) and 841(b)(1)(C).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

HUSEN ALI
Digitally signed by HUSEN ALI
Date: 2025.11.20 11:58:24
-05'00'

_____
*Complainant's signature*

HUSEN ALI, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to telephonically.

Date:  November 20, 2025

_____
*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State:  Buffalo, New York

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

STATE OF NEW YORK  )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO     )

I, **HUSEN ALI**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.      I have served as an FBI Special Agent since January of 2021. During that time, I have participated in investigations involving drug trafficking and organized crime matters. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York. As a result of my experience, I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used in the framework of drug trafficking in the Western District of New York and how drug traffickers

utilize wire communications to facilitate their illegal activities. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3.     Your Affiant states that this investigation was conducted by FBI Special Agents and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force ("SSTF"). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

4.     As a result of working this case with other Special Agents and Task Force Officers of the FBI, the Erie County Sheriff's Department (ECSO), and other law enforcement agencies, I am familiar with the circumstances of the offenses described in this Affidavit. Because this Affidavit is being submitted for a limited purpose, that is, a probable cause determination, I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause for the requested search warrants.

5.     I make this affidavit in support of a criminal complaint charging **KAYLEN MILLER**, Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute cocaine base).

## PROBABLE CAUSE

6.      On November 19, 2025, the Honorable Michael J. Roemer, United States Magistrate Judge signed a warrant authorizing the search of **KAYLEN MILLER's** residence at 20 Baker Ct, Upper, Lackawanna, New York 14218, the person of **MILLER**, and a 2008 Ford Taurus bearing NYS registration LWK8976 known to be driven by **MILLER**.

7.      **MILLER** and his mother were present during the execution of the search warrant.  The front bedroom was occupied by **MILLER**.  The back bedroom appeared to be occupied by **MILLER's** mother, however, law enforcement found several items that appeared to belong to **MILLER** in that room.

8.      During the execution of the warrant on November 20, 2025, law enforcement discovered and seized the following:

| ITEM DESCRIPTION | LOCATION RECOVERED |
| --- | --- |
| One (1) Smith and Wesson, 40 caliber handgun, serial number FCZ8105; loaded with 11 rounds of ammunition | Front bedroom, in a plastic tote next to the bed |
| One (1) round 45 caliber round | Front bedroom, in plastic tote next to the bed near the handgun |
| One (1) clear plastic baggies with white, rocklike substance of suspected cocaine base | Front bedroom closet, in the left coat pocket |
| One (1) clear plastic baggie containing dark gray substance | Back bedroom closet, in a blue Reebok fanny-pack |
| One (1) clear plastic baggie of white powdery | Front bedroom closet, in the left coat pocket |
| One (1) red and white bottle with Inositol of suspected cut | Back bedroom in closet, in a blue Reebok fanny-pack |
| One (1) green truweight scale with suspected residue | Front bedroom, on top of plastic tote next to a black box, tote located directly next the tote containing the gun |

3

| Approximately $2,005.00 in U.S. currency | -Approximately $690.00 in front bedroom closet, in the left coat pocket<br>-Approximately $50.00 in front bedroom in plastic tote on top of drawer<br>-Approximately $1,265.00 in front bedroom on a black box on top of plastic tote, next to the scale |
|---|---|

9.      The suspected controlled substances were unable to be field tested due to concerns that they could contain fentanyl.   However, based on your Affiants training, experience, and conversations with other law enforcement, your Affiant knows that the white, rocklike substance matches the appearance and characteristics of cocaine base.    Additionally, the unidentified gray powder and unidentified white powdery substance match the characteristics of controlled substances, including fentanyl and cocaine.    It is notable that the suspected cocaine base, gray powder, and white powder all appear to be packaged for sale. Additionally, your Affiant is aware that Inositol is a known cutting agent often used by drug traffickers to add bulk to white powder drugs, including fentanyl and cocaine.    Your affiant is also aware that drug traffickers are frequently in possession of a large amounts of United States currency.

10.      On November 20, 2025, law enforcement executed the search warrant on the 2008 Ford Taurus where law enforcement discovered and seized various items of evidence, including a JWS-200B scale with residue.    Based on your affiants training and experience, I know that drug traffickers will commonly store scales in vehicles for ease of weighing and separating illegal narcotics for drug transactions, so both drug traffickers and drug users spend as little time as possible in a vehicle to avoid detection by law enforcement utilize.

11.     On November 20, 2025, your affiant conducted a check in the National Crime Information Center (NCIC) database for the firearm recovered from the search warrant.   A review of this database revealed that the Smith and Wesson, 40 caliber handgun, bearing serial number FCZ8105 was reported stolen on April 25, 2021, by the Cleveland Police Department in the state of Ohio.

12.     Special Agent William Farnham of the Bureau of Alcohol, Tobacco, Firearms, and Explosives is an interstate nexus expert.   Special Agent Farnham provided a verbal confirmation that, based on a written description of the handgun, and pending a physical examination, the Smith and Wesson, 40 caliber handgun, bearing serial number FCZ8105 was not manufactured in the State of New York.   As a result, the Smith and Wesson, 40 caliber handgun, bearing serial number FCZ8105 would have traveled through interstate commerce before coming into **MILLER's** possession in the Western District of New York.

13.     A review of **MILLER's** criminal history conducted by your Affiant revealed that on or about December 10, 2019, **MILLER** was convicted for a violation of Title 18, United States Code, Section 922(g)(3) in the Western District of New York.   **MILLER** was sentenced to a term of eighteen months in the Bureau of Prisons followed by two years of supervised release.

14.     Based on the investigation to date, and information contained in this affidavit, it is your Affiant's belief that **MILLER** knowing and willing violated or has violated Title 18,

United States Code, Section 922(g)(1) (felon in possession of a firearm) and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

HUSEN ALI

Digitally signed by HUSEN ALI
Date: 2025.11.20 12:02:05
-05'00'

_____

HUSEN ALI
Special Agent
Federal Bureau of Investigation

Sworn to before me this telephonically

on this 20ᵗʰ day of November 2025.

_____

HONORABLE MICHAEL ROEMER
United States Magistrate Judge